CHARLES LA BELLA
KATHLEEN McGOVERN
Deputy Chiefs
THOMAS B. W. HALL
ALISON L. ANDERSON
Trial Attorneys
Fraud Section, Criminal Division
U.S. Department of Justice
1400 New York Avenue, NW
Washington, DC 20530
(202) 616-1682

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. 2:12-cr-00113-JCM-VCF-6 |
| Plaintiff, ) | |
| v. ) | |
| MICHELLE DELUCA, ) | |
| Defendant. ) | |

**ORDER**

Based on the Government's Unopposed Motion Dismiss the June 13, 2014 Petition for Action on Conditions of Pretrial Release and to Cancel the September 4, 2014 Hearing on this Petition (Doc. No. 215), IT IS SO ORDERED that:

(1) the June 13, 2014 Petition for Action on Conditions of Pretrial Release (Doc. No. 205) is DISMISSED; and

(2) The September 4, 2014 Hearing on this Petition (as referenced in Doc. No. 213) is CANCELLED.

IT IS SO ORDERED August 29, 2014.

_____
UNITED STATES DISTRICT JUDGE

1